# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2006

131074

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LYNETTE BRADFIELD,
        Plaintiff-Appellant,

v

MEIJER, INC.,
        Defendant-Appellee.

SC: 131074
COA: 258458
Saginaw CC: 03-048486-NO

_____/

On order of the Court, the application for leave to appeal the March 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would reverse the judgment of the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2006

_____
Clerk

s0907